# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| COLICH CONSTRUCTION, L.P., | CV 05-1286 TJH (PJWx) |
| Plaintiff, | |
| v. | **Judgment** |
| CONTECH CONSTRUCTION PRODUCTS, INC., *et al.*, | (JS-6) |
| Defendants. | |

Plaintiff's claims for breach of contract, fraud, negligent misrepresentation and declaratory relief were tried by jury. The jury found for Defendants.

Plaintiff's claim for promissory estoppel was tried by the Court. The Court, having considered all of the evidence and the parties' briefs and issued Findings of Fact and Conclusions of Law, found for the Defendants.

. . . . . . . .

1 | It is Ordered, Adjudged and Decreed that judgment be, and hereby is, Entered in favor of Defendants and against Plaintiff.

It is further Ordered, Adjudged and Decreed that Plaintiff shall take nothing and each party shall bear its own costs.

Dated:  November 24, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge